**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| **IN THE MATTER OF:**<br>LAVRENA MIRNA SEMMA AKA LAVRENA MIRNA THOMAS, Debtor | CHAPTER 13<br>CASE NO: 26-48079<br>JUDGE PAUL R. HAGE |

**TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

NOW COMES, the Chapter 13 Trustee, Tammy L. Terry, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E.D. Mich. L.B.R. 3015-3(a) and 11 U.S.C. §1307(c)(5) as follows:

1. The value of property to be distributed under the Plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate of the debtor(s) were liquidated under Chapter 7, contrary to 11 U.S.C. 1325(a)(4).

2. The Trustee is unable to determine whether the Plan complies with 11 U.S.C. 1325(a)(4) as the debtor's **Schedule A** fails to fully disclose the nature of the debtor's interest in the debtor's real property. The Trustee requests that the debtor(s) amend Schedule A to provide the debtor's(s') interest in the property/properties.

3. The monthly expenses related to the retention of the debtor('s)(s') non-residential **real property** located in Arizona are not reasonably necessary for the debtor's maintenance and support as required by 11 U.S.C. 1325(b), especially as the unsecured creditors are forced to subsidize the retention of such property that is not providing any benefit to the estate. Specifically, the Plan proposes to retain said real property with monthly payments for the mortgage and unpaid taxes for the same in excess of $1,400.00, yet the debtor's Schedule I indicates that the debtor only nets $437.00 per month in rental income for said property. The Trustee requests that the debtor surrender this real property.

WHEREFORE, the Chapter 13 Trustee requests this honorable court deny confirmation of the debtor's Chapter 13 plan and if appropriate, to dismiss this case pursuant to 11 USC 1307(c).

9/3/2026


OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
TAMMY L. TERRY
**/S/ MARILYN R. SOMERS-KANTZER (P52488)**
Staff Attorney
KIMBERLY SHORTER-SIEBERT (P49608)
MARILYN R. SOMERS-KANTZER (P52488)
20750 Civic Center Dr, Suite 290
Southfield, MI 48076
(313) 967-9857
mieb_ecfadmin@det13.net

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| **IN THE MATTER OF:**<br>LAVRENA MIRNA SEMMA AKA LAVRENA MIRNA THOMAS, Debtor | CHAPTER 13<br>CASE NO: 26-48079<br>JUDGE PAUL R. HAGE |

**CERTIFICATE OF SERVICE**

I hereby certify that on **__09/09/2026___**, I served the following paper(s):
**TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN**

on the following parties at these addresses via USPS mail:

**LAVRENA MIRNA SEMMA**
**6234 LINDSAY CT**
**WEST BLOOMFIELD, MI 48324**

And served electronically via ECF to following:

**FELDMAN GARCIA LESHINSKY & MILJUS, LLC**
**418 NORTH MAIN ST**
**2ND FLOOR**
**ROYAL OAK, MI 48067**

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
/S/ PATRICE WATSON (LA)
Chapter 13 Standing Trustee Clerk
20750 Civic Center Dr, Suite 290
Southfield, MI 48076
(313) 967-9857
mieb_ecfadmin@det13.net