UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

In Re:

Lavrena Mirna Semma

Case No. 26-48079-prh
Chapter 13 Case
Hon. Paul R. Hage

Debtors.

---

**WILLOW WOODS PRESERVE ASSOCIATION'S**
**<u>OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN</u>**

Willow Woods Preserve Association (the "Association"), a Creditor in this matter, by its attorneys, Makower Abbate Guerra Wegner Vollmer PLLC, for its Objections to Confirmation of Chapter 13 Plan, states as follows:

1. Lavrena Mrina Semma ("Debtors") filed a Chapter 13 Petition on or about July 20, 2026, and a proposed Chapter 13 Plan on or about July 30, 2026.

2. The Association objects to confirmation of the Chapter 13 Plan due to the lack of treatment of its continuing claim and pre-petition arrearage claim. The proposed Chapter 13 Plan fails to identify or treat the Association's claims in any fashion. The Association is a secured creditor having a claim secured by a lien against real property that serves as Debtors' primary residence. The debt owing to the Association is for unpaid condominium assessments which constitutes a fully secured lien granted by Section 108 of the Michigan Condominium Act, and the lack of treatment of the Association's claim is inappropriate.

The Association's claim is a secured claim and covenant running with the land and must be treated as such under the terms of the Chapter 13 Plan. Further, pursuant to 11 U.S.C.

§1322(b)(2), debtors are not permitted to modify the Association's secured claim because the Association's claim is secured by Debtors' residence.

The Association filed a Proof of Claim with the Court on August 12, 2026, showing that as of the date of filing of the petition, debtor was in arrears in the payment of association assessments in the amount of $9,336.05. Current post-petition annual assessments, accrue at the rate of $2,000.00 per year, due and payable on the 1st of each February.

3. Debtor's obligation to the Association are a continuing obligation the last payment of which is due beyond the length of the Plan. Therefore, the Association's claims should be appropriately treated in Class Four. Since the obligation to pay association assessments and charges pursuant to a recorded Master Deed is inseparable from title to the real property involved, the obligation runs with the real property as a real property covenant. The Association's claim must be classified as a secured claim with post-petition arrearages that must be cured in a reasonable time.

The pre-petition arrearage claim of the Association must be classified as a Class 4.2 claim in the amount of $9,336.05. The Association's post-petition continuing annual obligation of $2,000.00, for the regular assessments, must be treated as a continuing claim under Class 4.1 in the Debtor's Plan. All amounts payable pursuant to the recorded Master Deed, including late fees, interest and attorney's fees, cannot be avoided by debtors.

WHEREFORE, Willow Woods Preserve Association prays that Debtors' Chapter 13 Plan be amended to address the objections stated above and properly treat the Association's claims,

and if the Plan is not amended accordingly, that confirmation of the Chapter 13 Plan be denied.

Respectfully submitted,
MAKOWER ABBATE GUERRA
WEGNER VOLLMER PLLC

/s/ John L. Finkelmann___________
John L. Finkelmann (P66054)
Attorney for Willow Woods Preserve Association
24001 Greater Mack Ave., Ste. A
St. Clair Shores, MI 48080
586 218 6805

Dated: September 10, 2026

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

Lavrena Mirna Semma

Case No. 26-48079-prh
Chapter 13 Case
Hon. Paul R. Hage

Debtor.

______________________________

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2026, I electronically filed **Objections to Confirmation of Plan** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Rodion Roger Leshinsky
Attorney for Debtor
rleshinsky@fglmlawgroup.com

Tammy L. Terry, Trustee
mieb_ecfadmin@det13.net

MAKOWER ABBATE GUERRA
WEGNER VOLLMER PLLC

/s/ John L. Finkelmann___________
John L. Finkelmann (P66054)
Attorney for Willow Woods Preserve Association
24001 Greater Mack Ave., Ste. A
St. Clair Shores, MI 48080
586 218 6805