**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**IN THE MATTER OF:**

LAVRENA MIRNA SEMMA, Debtor

CHAPTER 13
CASE NO: 26-48079
JUDGE PAUL R. HAGE

## STIPULATION FOR ADJOURNING HEARING

This matter having come on for hearing on **September 24, 2026**, regarding
(ONLY PROVISIONS CHECKED BELOW SHALL APPLY):

[ ] A Motion to Dismiss
[X] Confirmation of Plan
[ ] A Motion to lift stay as to Creditor
[ ] Plan Modification
[ ] Other: ____________________

The parties having agreed to the terms herein, based on the records of the Court, the court being otherwise sufficiently advised in the premises, and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

IT IS STIPULATED AND AGREED that:
(ONLY PROVISIONS CHECKED BELOW SHALL APPLY)

[X] The above referenced matter is adjourned to 11/19/2026 at 10:00 AM
[X] Debtor(s) shall be 100% current in Plan Payments, pursuant to the Trustee's records, on or before 10/19/2026
[ ] Debtor(s) shall file and serve amended ____________________.
[ ] Other: ____________________

**IT IS FURTHER STIPULATED** that if any of the above is not completed by the date and time specified, the case shall be dismissed upon Order of the Court without further notice or hearing.

**IT IS FURTHER STIPULATED** that the deadline for the Chapter 13 Trustee to file objections to confirmation of the Plan and/or any amended Plan is extended to twenty-one (21) days from the conclusion of the Meeting of Creditors.

**IT IS FURTHER STIPULATED** that the Debtor or Debtor's Counsel shall immediately provide notice of the entry of this Order to all interested parties.

Approved per Local Rules (E.D.M.)

/S/ TAMMY L. TERRY
TAMMY L. TERRY (P46254)
Chapter 13 Standing Trustee
20750 Civic Center Dr, Suite 290
Southfield, MI 48076
(313) 967-9857
mieb_ecfadmin@det13.net

Approved as to Form and Content:
/S/ RODION ROGER LESHINSKY

Attorney for Debtor
RODION ROGER LESHINSKY (P-86777)
FELDMAN GARCIA LESHINSKY & MILJUS, LLC
418 NORTH MAIN ST
2ND FLOOR
ROYAL OAK, MI 48067
(248) [illegible]
rleshinsky@fglmlawgroup.com

Creditor

/S/ JOHN L. FINKELMANN

----------------------------------------------

JOHN L. FINKELMANN (P-66054)
MAKOWER ABBATE GUERRA
WEGNER VOLLMER PLLC
24001 GREATER MACK AVE., STE. A
ST. CLAIR SHORES, MI 48080
(586) 218-6805
jfinkelmann@maglawpllc.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**IN THE MATTER OF:**

LAVRENA MIRNA SEMMA, Debtor

CHAPTER 13
CASE NO: 26-48079
JUDGE PAUL R. HAGE

## ORDER FOR ADJOURNING HEARING

This matter having come on for hearing on **September 24, 2026**, regarding
(ONLY PROVISIONS CHECKED BELOW SHALL APPLY):

[ ] A Motion to Dismiss
[X] Confirmation of Plan
[ ] A Motion to lift stay as to Creditor
[ ] Plan Modification
[ ] Other: ______________________

The parties having agreed to the terms herein, based on the records of the Court, the court being otherwise sufficiently advised in the premises, and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

IT IS ORDERED AND AGREED that:
(ONLY PROVISIONS CHECKED BELOW SHALL APPLY)

[X] The above referenced matter is adjourned to 11/19/2026 at 10:00 AM
[X] Debtor(s) shall be 100% current in Plan Payments, pursuant to the Trustee's records, on or before 10/19/2026
[ ] Debtor(s) shall file and serve amended ______________________.
[ ] Other: ______________________

**IT IS FURTHER ORDERED** that if any of the above is not completed by the date and time specified, the case shall be dismissed upon Order of the Court without further notice or hearing.

**IT IS FURTHER ORDERED** that the deadline for the Chapter 13 Trustee to file objections to confirmation of the Plan and/or any amended Plan is extended to twenty-one (21) days from the conclusion of the Meeting of Creditors.

**IT IS FURTHER ORDERED** that the Debtor or Debtor's Counsel shall immediately provide notice of the entry of this Order to all interested parties.

**EXHIBIT 1**