**Fill in this information to identify the case:**

Debtor 1 Lavrena Mirna Semma

Debtor 2 ______________________
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of MI
(State)

Case number 26-48079-prh

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Willow Woods Preserve Association **Court claim no.** (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account: ____ ____ ____ ____

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

- ☒ No
- ☐ Yes. Date of the last notice: ____/____/_____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | July - August 2026 | (3) | $ 1021.00 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_______ | | (10) | $ |
| 11. Other. Specify:_______ | | (11) | $ |
| 12. Other. Specify:_______ | | (12) | $ |
| 13. Other. Specify:_______ | | (13) | $ |
| 14. Other. Specify:_______ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 Lavrena Mirna Semma
First Name Middle Name Last Name

Case number (*if known*) 26-48079-prh

**Part 2: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- ☐ I am the creditor.
- ☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ John L. Finkelmann
Signature

Date 10 / 05 / 2026

Print: John L. Finkelmann
First Name Middle Name Last Name

Title Attorney

Company Makower Abbate Guerra Wegner Vollmer PLLC

Address 24001 Greater Mack Ave., Suite A
Number Street
St. Clair Shores, MI 48080
City State ZIP Code

Contact phone (586) 773 – 1800

Email jfinkelmann@maglawpllc.com

Willow Woods Preserve Association v Lavrena Semma
Client ID 48213
Matter ID 10006
10/5/26

Time Entries

| Date | Timekeeper | Description | Billable Hours | Amount |
|---|---|---|---|---|
| 7/24/2026 | John Finkelmann | Review information regarding mortgage foreclosure sale cancellation due to bankruptcy filing; draft email to management regarding same | 0.20 | $70.00 |
| 8/12/2026 | John Finkelmann | Review bankruptcy documents; preparation of proof of claim and entry with the court | 1.70 | $595.00 |
| 9/10/2026 | John Finkelmann | Preparation of objections to confirmation of chapter 13 plan | 1.00 | $350.00 |
| | | | **2.90** | **$1015.00** |

Flat Fee Services

| Date | Flat Fee Service Description | Amount |
|---|---|---|
| 7/27/2026 | Pacer fee | $6.00 |
| | | **$6.00** |

Matter Expenses

| Date | Matter Expense Description | Amount |
|---|---|---|
| | | **$0.00** |

| Matter Total | $1021.00 |
|---|---|

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

In Re:

| | |
|---|---|
| Lavrena Mirna Semma | Case No. 26-48079-prh<br>Chapter 13 Case<br>Hon. Paul R. Hage |
| Debtor. | |

_________________________________

FELDMAN GARCIA LESHINSKY & MILJUS LLC
RODION ROGER LESHINSKY P86777
Debtor(s) Attorney
418 North Main St., 2nd Floor
Royal Oak, MI 48067
248-886-9598
_________________________/
MAKOWER ABBATE GUERRA WEGNER VOLLMER PLLC
JOHN L. FINKELMANN P66054
Attorney for Willow Woods Preserve Association
24001 Greater Mack Ave., Suite A
St. Clair Shores, Michigan 48080
(586) 773-1800
__________________________________________________/

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2026, I electronically filed **Willow Woods Preserve Association's Notice of Postpetition Mortgage Fees, Expenses and Charges** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Rodion Roger Leshinsky
Attorney for Debtor(s)
rleshinsky@fglmlawgroup.com

Tammy L. Terry, Trustee
mieb_ecfadmin@det13.net

/s/ John L. Finkelmann_________________
John L. Finkelmann (P66054)
Attorney for Willow Woods Preserve Association
24001 Greater Mack Ave., Suite A
St. Clair Shores, MI 48080
(586) 773-1800

Dated: October 5, 2026