UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | Bankr. Case No. 26-48079 |
| Lavrena Mirna Semma | Chapter 13 |
| Debtor(s) | |

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), ACAR Leasing LTD d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

ACAR Leasing LTD d/b/a GM Financial Leasing
PO Box 183853
Arlington, TX 76096

By /s/ Lorenzo Nunez

Lorenzo Nunez
PO Box 183853
Arlington, TX 76096
877-203-5538
877-259-6417
LeaseSvcBnkrpcy@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: Bankr. Case No. 26-48079

Lavrena Mirna Semma Chapter 13

Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on July 23, 2026 :

Rodion Roger Leshinsky
Feldman Garcia Leshinsky & Miljus, LLC
418 North Main St
2nd Floor
Royal Oak, MI 48067

Tammy L. Terry
20750 Civic Center Drive
Ste 290
Southfield, MI 48076

By /s/ Lorenzo Nunez
Lorenzo Nunez

xxxxx40107 / 1137628

ACAR Leasing LTD d/b/a GM Financial Leasing
PO Box 183853
Arlington, TX 76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com