**Fill in this information to identify the case:**

Debtor 1 Lavrena Mirna Semma fka Lavrena Mirna Thomas

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Michigan

Case number 26-48079-prh

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** First Merchants Bank

**Court claim no**. (if known): 13

**Last four digits** of any number you use to identify the debtor's account: 4074

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____/____/______

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney's fees | | (3) | $ 0.00 |
| 4. Filing fees and court costs | | (4) | $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | 09/14/2026 Proof of Claim $625; 09/14/2026 410A Payment History $325 | (5) | $ 950.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. Property preservation expenses. Specify: | | (10) | $ 0.00 |
| 12. Other. Specify: | | (11) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✘ /s/Scott A. Gies
Signature

Date 10/15/2026

**Print:** **Scott A. Gies (P56346)**
First Name Middle Name Last Name

Title Attorney

Company Brock & Scott, PLLC

Address 3825 Forrestgate Drive
Number Street

Winston-Salem, NC 27103
City State ZIP Code

Contact phone 844-856-6646

Email MIBKR@brockandscott.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

| | |
|---|---|
| **IN RE:**<br>**LAVRENA MIRNA SEMMA**<br>**DEBTOR** | **CASE NO. 26-48079-PRH**<br>**CHAPTER 13** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the Notice of Postpetition Mortgage Fees, Expenses, and Charges was this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

Lavrena Mirna Semma
6234 Lindsay Ct
West Bloomfield, MI 48324

Rodion Roger Leshinsky, Debtor's Attorney
Feldman Garcia Leshinsky & Miljus, LLC
418 North Main St 2nd Floor
Royal Oak, MI 48067
[leshinsky@fglmlawgroup.com

Tammy L. Terry, Bankruptcy Trustee
20750 Civic Center Drive
Ste 290
Southfield, MI 48076

This 15th Day of October, 2026.

*/s/Scott A. Gies*
Thomas McDonald, MI Bar No. P39312
Scott A. Gies, MI Bar No. P56346
Robert D. McIntosh, MI Bar No. KY88490
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MIBKR@brockandscott.com