**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| **IN THE MATTER OF:**<br><br>LAVRENA MIRNA SEMMA, Debtor | CHAPTER 13<br>CASE NO: 26-48079<br>JUDGE PAUL R. HAGE |

## AFFIDAVIT OF THE CHAPTER 13 TRUSTEE

STATE OF MICHIGAN )
) SS
COUNTY OF WAYNE )

Tammy L. Terry, being first duly sworn, deposes and says as follows:

1. That she is the duly appointed Trustee in the above captioned Chapter 13 proceedings.

2. That the records of the Trustee have been thoroughly reviewed with regard to the above matter.

3. That this Court entered an Order Adjourning hearing on 09/22/2026 [Docket #29] which provided that in the event the Debtor failed to be 100% current pursuant to the Trustee records on or before 10/19/26, the Trustee may submit an Order of Dismissal to the Court and the proceedings may be dismissed without further notice or hearing.

4. The Trustee represents to the Court that as of 10/26/2026, the Debtor has failed to become 100% on Trustee records on or before 10/19/2026. The Trustee further attests that as of 10//26/2026 the Debtor has a 0% payment history.

FURTHER, deponent saith not.

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT

/S/ TAMMY L. TERRY (P46254)

TAMMY L. TERRY, Chapter 13 Trustee
KIMBERLY SHORTER-SIEBERT (P49608)
MARILYN R. SOMERS-KANTZER (P52488)
20750 Civic Center Dr, Suite 290
Southfield, MI 48076
(313) 967-9857
mieb_ecfadmin@det13.net

Subscribed and sworn to before me this
29th Day of October, 2026

Patrice N. Watson, Notary Public
Oakland County, Michigan
My Commission Expires: April 18, 2027

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

**IN THE MATTER OF:**

LAVRENA MIRNA SEMMA, Debtor /

CHAPTER 13
CASE NO: 26-48079
JUDGE: PAUL R. HAGE

## ORDER DISMISSING CHAPTER 13 CASE

This matter having come before the Court upon the filing of Trustee's Affidavit of Default [Docket # ] and with due notice having been provided, the Court finds it appropriate to enter this Order based upon the following reason:

For failure to comply with the terms and conditions set forth in the Order Adjourning Hearing entered on or about **9/22/2026** [Docket 29] for the Debtor's failure to be 100% current pursuant to the Trustee records on or before **10/19/2026**; the Trustee representing to the Court by the presentation of this Order for entry that the Debtor has failed to become 100% on Trustee records. The Trustee further representing to this Court that the Debtor as of **10/26/2026** has a **0.00** % payment history on Trustee records.

**IT IS HEREBY ORDERED** that the within case is dismissed and the automatic stays issued pursuant to 11 U. S. C. §§ 362 and 1301 are hereby terminated.

**IT IS FURTHER ORDERED** that the Clerk's Office shall immediately provide notice of the entry of this Order to all interested parties and the attorney for the debtor(s), if any.

**IT IS FURTHER ORDERED** that TAMMY L. TERRY, TRUSTEE, is discharged as Trustee and the Trustee and her surety are released from any and all liability on account of the within proceedings.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

| | |
|---|---|
| **IN THE MATTER OF:**<br><br>LAVRENA MIRNA SEMMA, Debtor | CHAPTER 13<br>CASE NO: 26-48079<br>JUDGE PAUL R. HAGE |

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, a copies of **AFFIDAVIT OF THE CHAPTER 13 TRUSTEE** was served via Electronic Court filing and/or a copy of same was deposited in U.S. Mail to the Debtor and debtor's attorney at the below addresses.

October 29, 2026

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT

/S/ PATRICE WATSON

Chapter 13 Standing Trustee Clerk
20750 Civic Center Dr., Suite 290
Southfield, MI 48076
(313) 967-9857
mieb_ecfadmin@det13.net

FELDMAN GARCIA LESHINSKY &
MILJUS LLC
418 NORTH MAIN ST, 2ND FLOOR
ROYAL OAK MI 48067

LAVRENA MIRNA SEMMA
6234 LINDSAY CT
WEST BLOOMFIELD MI 48324