**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

**IN THE MATTER OF:**

LAVRENA MIRNA SEMMA, Debtor /

CHAPTER 13
CASE NO: 26-48079
JUDGE: PAUL R. HAGE

## ORDER DISMISSING CHAPTER 13 CASE

This matter having come before the Court upon the filing of Trustee's Affidavit of Default [Docket # 35] and with due notice having been provided, the Court finds it appropriate to enter this Order based upon the following reason:

> For failure to comply with the terms and conditions set forth in the Order Adjourning Hearing entered on or about **9/22/2026** [Docket 29] for the Debtor's failure to be 100% current pursuant to the Trustee records on or before **10/19/2026**; the Trustee representing to the Court by the presentation of this Order for entry that the Debtor has failed to become 100% on Trustee records. The Trustee further representing to this Court that the Debtor as of **10/26/2026** has a **0.00** % payment history on Trustee records.

**IT IS HEREBY ORDERED** that the within case is dismissed and the automatic stays issued pursuant to 11 U. S. C. §§ 362 and 1301 are hereby terminated.

**Signed on October 30, 2026**

**/s/ Paul R. Hage**

**Paul R. Hage**
**United States Bankruptcy Judge**