Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURTS**
Eastern District of Michigan

---

Case No.: **26−48079−prh**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
Lavrena Mirna Semma
fka Lavrena Mirna Thomas
6234 Lindsay Ct
West Bloomfield, MI 48324

Social Security No.:
xxx−xx−7142

Employer's Tax I.D. No.:

---

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that an **Order Dismissing Chapter 13 Case** was entered on **10/30/26** . Accordingly, the automatic stay is lifted in the above entitled case.

Dated: 10/30/26

BY THE COURT

Todd M. Stickle , Clerk of Court
UNITED STATES BANKRUPTCY COURT