Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURTS**
Eastern District of Michigan

---

Case No.: **26−48079−prh**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
Lavrena Mirna Semma
fka Lavrena Mirna Thomas
6234 Lindsay Ct
West Bloomfield, MI 48324

Social Security No.:
xxx−xx−7142

Employer's Tax I.D. No.:

---

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that an **Order Dismissing Chapter 13 Case** was entered on **10/30/26** . Accordingly, the automatic stay is lifted in the above entitled case.

Dated: 10/30/26

BY THE COURT

Todd M. Stickle , Clerk of Court
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court
Eastern District of Michigan

In re:
Lavrena Mirna Semma
Debtor

Case No. 26-48079-prh
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0645-2 | User: admin | Page 1 of 3
Date Rcvd: Oct 30, 2026 | Form ID: ntcdsm | Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lavrena Mirna Semma, 6234 Lindsay Ct, West Bloomfield, MI 48324-2154 |
| 29030375 | | Dmi/Firstmerchantsbank, 200 E JACOBS STREET, MUNCIE, IN 47305 |
| 29041683 | + | Sundial Community Association, Inc., 20860 N. Tatum Blvd. Ste. 380, Phoenix, AZ 85050-4286 |
| 29062492 | + | Willow Woods Preserve Association, c/o Makower Abbate Guerra Wegner Vollmer, 24001 Greater Mack Ave., Suite A, St. Clair Shores, MI 48080-1471 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 29043826 | + | EDI: PHINAMERI.COM | Oct 31 2026 03:24:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 29030369 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 30 2026 23:44:36 | Affirm Inc, 650 CALIFORNIA ST FL 12, SAN FRANCISCO, CA 94108-2716 |
| 29066973 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 30 2026 23:44:25 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 29049872 | | Email/PDF: bncnotices@becket-lee.com | Oct 30 2026 23:44:34 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 29030370 | + | Email/PDF: bncnotices@becket-lee.com | Oct 30 2026 23:44:24 | Amex, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 29030371 | | Email/Text: EBN@brockandscott.com | Oct 30 2026 23:45:00 | Brock & Scott PLLC, 31440 Northwestern Highway Ste. 160, Farmington, MI 48334 |
| 29055958 | + | Email/Text: bankruptcy_notices@cmsenergy.com | Oct 30 2026 23:45:00 | CONSUMERS ENERGY COMPANY, Attn: Legal Department, One Energy Plaza, Jackson, MI 49201-2357 |
| 29030372 | + | EDI: CAPITALONE.COM | Oct 31 2026 03:24:00 | Capital One, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 29030373 | + | Email/Text: Claims@cri.studentaid.gov | Oct 30 2026 23:45:00 | Central Research Inc/D, 106 N BLOOMINGTON ST, LOWELL, AR 72745-9650 |
| 29030374 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 30 2026 23:44:13 | Creditonebnk, PO BOX 98872, LAS VEGAS, NV 89193-8872 |
| 29103065 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Oct 30 2026 23:45:00 | First Merchants Bank, Attn: Bankruptcy Dept, 1 Corporate Driv, Lake Zurich, IL 60047, 800-669-0340 Ext. 6731 |
| 29067828 | + | EDI: DTEE.COM | Oct 31 2026 03:24:00 | DTE ENERGY, ONE ENERGY PLAZA WCB 735, DETROIT, MI 48226-1221 |
| 29041225 | + | Email/Text: ECMCBKNotices@ecmc.org | Oct 30 2026 23:45:00 | E.C.M.C., Bankruptcy Department, PO Box 16408, Saint Paul, MN 55116-0408 |
| 29041226 | | Email/Text: edbknotices@ecmc.org | Oct 30 2026 23:45:00 | Education Department Office, of General, Attention Bankruptcy, 400 Maryland Avenue, Washington, DC 20202-2110 |

| | | | | |
|---|---|---|---|---|
| 29054456 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 30 2026 23:45:00 | First National Bank of Omaha, 1601 Dodge St Stop Code 3113, Omaha, Ne 68197-3113 |
| 29030376 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 30 2026 23:45:00 | Fnb Omaha, 1601 DODGE ST, OMAHA, NE 68197 |
| 29030377 | + | EDI: PHINAMERI.COM | Oct 31 2026 03:24:00 | Gm Financial, PO BOX 181145, ARLINGTON, TX 76096-1145 |
| 29113391 | | EDI: PRA.COM | Oct 31 2026 03:24:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 29030378 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 30 2026 23:45:25 | Rocket Mortgage Llc, 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019-4620 |
| 29097968 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 30 2026 23:45:41 | Rocket Mortgage, LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 29065332 | + | Email/Text: ecfbnc@aldridgepite.com | Oct 30 2026 23:45:00 | Rocket Mortgage, LLC, c/o ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 29034795 | + | Email/Text: bankruptcy@huntington.com | Oct 30 2026 23:45:00 | The Huntington National Bank, PO Box 89424, OPC856, Cleveland, OH 44101-6424 |
| 29030379 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 30 2026 23:45:00 | Toyota Motor Credit, PO BOX 9786, CEDAR RAPIDS, IA 52409-0004 |
| 29041227 | + | Email/Text: USAMIE.BNCElectronicBankruptcyNotices@usdoj.gov | Oct 30 2026 23:45:00 | U.S. Attorney (Civil Division), 211 W. Fort Street 2001, Detroit, MI 48226-3220 |
| 29061694 | | EDI: USBANKARS.COM | Oct 31 2026 03:24:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 29044766 | + | Email/Text: Claims@cri.studentaid.gov | Oct 30 2026 23:45:00 | U.S. Department of Education c/o CRI, P.O. Box 82612, Lincoln, NE 68501-2612 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 29140491 | *+ | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 29140530 | *+ | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| John L. Finkelmann | on behalf of Creditor Willow Woods Preserve Association jfinkelmann@maglawpllc.com |
| Robert Daniel McIntosh | on behalf of Creditor First Merchants Bank robert.mcintosh@brockandscott.com wbecf@brockandscott.com |
| Rodion Roger Leshinsky | on behalf of Debtor Lavrena Mirna Semma rleshinsky@fglmlawgroup.com Leshinsky.RodionB113789@notify.bestcase.com |
| Scott A. Gies | on behalf of Creditor First Merchants Bank scott.gies@brockandscott.com wbecf@brockandscott.com |
| Tammy L. Terry | mieb_ecfadmin@det13.net |

TOTAL: 5